In the Matter of the Application of CARMELO MICELI and JACOB L. GOLDBERG, on Behalf of Themselves and All Others Similarly Situated, for an Order against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Motion for leave to

appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.